## FERGUSON v. STATE.
### No. 22228.

Court of Criminal Appeals of Texas.

June 24, 1942.

Robert C. Benavides, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for felony theft, the punishment assessed being four years' confinement in the state penitentiary.

The record is before us without statement of facts or bills of exception. All matters of procedure appear regular. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.